# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. 17-CR-2016-LRR |
| vs. | | **ORDER** |
| DARIUS DEVON NICKELOUS, | | |
| Defendant. | | |

_____

The matter before the court is the government's unresisted "Motion to Seal Government's Trial Memorandum" ("Motion") (docket no. 55), which the government filed on May 24, 2017. The government seeks to file its trial memorandum under seal because it includes Defendant's criminal history. Motion at 1. Upon review, the Motion is **GRANTED**. The government may file its trial memorandum under seal. The government's trial memorandum will be unsealed after the jury returns a verdict.

> **IT IS SO ORDERED.**

> **DATED** this 24th day of May, 2017.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA